# **CRIMINAL CAUSE FOR EVIDENTIARY HEARING**

**BEFORE:** Judge Joseph F. Bianco, USCA (Sitting by designation.)
**DATE:** 10/7/2019
**TIME:** 9:30 AM (3 Hrs. 31 Mins.)

**DOCKET:** 14-CR-0182 (JFB)
**TITLE:** USA v. Carrasco

**APPEARANCES:**
- **Luis Alex Carrasco** (deft # 1)
    - Present
    - On Bond
    - Represented by **Lawrence V. Carra** (Retained) and **Carl Irace** (Of Counsel)

- **United States of America**
    - Represented by **Charles Peter Kelly** (AUSA)

- FTR Time: **9:47 - 12:01, 2:25 - 3:42**

- Courtroom Deputy: ELR for MS

___

- Case called.

- Evidentiary hearing held regarding defendant's motion to vacate his conviction/guilty plea.

- Exhibits entered into evidence.

- Witnesses for the defendant called and sworn; testimony given.

- Defendant rests.

- Witness for the Government called and sworn; testimony given.

- Government rests.

- For the reasons stated on the record, defendant's motion to vacate his conviction/guilty plea is hereby granted. The defendant's guilty plea entered before this Court on 9/22/2015 is withdrawn. Subsequently, the defendant's sentence issued by this Court on 6/28/2017 is withdrawn. This case shall be reopened and proceed in the discovery phase.

- A status conference is set for **11/4/2019 at 1:30 PM** in Courtroom 1040 before Judge Joseph F. Bianco.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 07 2019 ★
LONG ISLAND OFFICE